■ In the Matter of PUTNAM THEATRICAL CORPORATION, Appellant-Respondent, v. BENJAMIN M. GINGOLD, as Commissioner of Assessment of the City of Syracuse, Respondent-Appellant.— Order unanimously reversed, without costs of this appeal to any party, and matter remitted to Special Term for further proceedings in accordance with the memorandum. Memorandum: The order requiring respondent-appellant to pay petitioner's reasonable fees and expenses including the reasonable fees of experts and attorneys directed the taking of evidence relating thereto. No hearing was held and no evidence was taken, although respondent-appellant asked that the court take testimony with the right of examination and cross-examination of witnesses as to the value of such services in accordance with the order allowing the same. The allowances made to petitioner's attorneys and experts appear on the face thereof to be excessive. The proper amount of such allowances should be determined upon a trial at which witnesses may be examined and cross-examined. (Cross appeals from order of Onondaga Special Term awarding fees of attorneys and real estate experts preparatory for the establishment of the ratio which assessments bear to full value in the assessing unit.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ GERALDINE STIRLING, Appellant, v. LOUIS DI PIRRO, Respondent.— Order unanimously reversed on the law and facts, without costs of this appeal to either party; and order of Erie County Children's Court affirmed. Memorandum: Children's Court adjudged the respondent to be the father of the appellant's children. Upon appeal from the order of that court Special Term reversed and dismissed the petition. There was ample evidence to support the determination of Children's Court and the reversal thereof by Special Term was erroneous. (Appeal from order of Erie Special Term reversing an order of Erie Children's Court holding that respondent was guilty of nonsupport and referring the matter for financial investigation.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.